Filed

APR 2 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70591 RS |
| Plaintiff, ) ) | ORDER DISMISSING COMPLAINT |
| v. ) ) | |
| RICHARD A. SNAPP, ) ) | |
| Defendant. ) | |

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned complaint is **DISMISSED**.

DATE: 4-20-09

PATRICIA V. TRUMBULL  RICHARD SEEBORG
United States Magistrate Judge

Distribute to:

Susan Knight
Assistant United States Attorney

ORDER                                                       1